SAMUEL J. WELLS, ESQ. (State Bar No. 48851)
A member of:
Samuel J. Wells, A Professional Corporation
11661 San Vicente Boulevard, Suite 500
Los Angeles, California  90049-5113
(310) 207-4456; FAX (310) 207-5006
*thefirm@swellslaw.com*

Attorney for Plaintiffs

BARBARA M. HARVEY (P25478)
1394 East Jefferson Avenue
Detroit, Michigan 48207
*blmharvey@sbcglobal.net*

Of Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL RISHIK<br>KEITH GREEN<br>STEPHEN J. ERDODY, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA<br><br>Defendant. | CV-09-00359-AG (SSx)<br><br>PLAINTIFFS' NOTICE OF ERRATA IN FILING OF FIRST AMENDED COMPLAINT |

TO THE COURT AND TO DEFENDANTS AMERICAN FEDERATION OF

MUSICIANS AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that by this notice, the Plaintiffs will correct the

deficiency in the electronic filing of the Plaintiffs' First Amended Complaint,

1

1  by filing the Plaintiffs' First Amended Complaint in the traditional manner on
2  Monday, August 24, 2009.

4  DATED:  August 21, 2009

                              SAMUEL J. WELLS
                              A Professional Corporation

                              _____/S/_____
                              SAMUEL J. WELLS, Esq.
                              Attorney for Plaintiffs

SAMUEL J. WELLS, A PROFESSIONAL CORPORATION
SUITE 500, 11661 SAN VICENTE BOULEVARD
LOS ANGELES, CA 90049-5113
(310) 207-4456; FAX (310) 207-5006