David Adelstein (CA Bar # 105250)
Email: dadelstein@bushgottlieb.com
Bush, Gottlieb, Singer,
López, Kohanski, Adelstein & Dickinson
500 N. Central Ave. Suite 800
Glendale, CA  91203
Telephone:   (818) 973-3233
Facsimile:   (818) 973-3201

Robert Alexander (admitted *pro hac vice*)
Email: RAlexander@bredhoff.com
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C.  20005
Telephone:   (202) 842-2600
Facsimile:   (202) 842-1888

*Attorneys for Defendant American Federation of Musicians of the United States and Canada*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RAFAEL RISHIK, KEITH GREEN, STEPHEN J. ERDODY, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, <br><br> Defendant. | Case No.: SACV 09-0359 AG (SSx) <br><br> ORDER EXTENDING TIME FOR AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA TO FILE MOTION TO DISMISS AMENDED COMPLAINT, AND PROPOSED BRIEFING AND HEARING SCHEDULE |

Based upon the Stipulation of the parties, the Court hereby extends the time for Defendant American Federation of Musicians to file a motion to dismiss Plaintiff's amended complaint and Orders the following schedule for the filing of supporting and opposing papers:

    a.    Defendant's Motion to Dismiss shall be filed by September 14th; 2009

    b.    Plaintiffs' Opposition shall be filed by October 12th; 2009

    c.    Defendant's reply shall be filed by October 26th; 2009

    d.    Defendant's motion shall be heard on November 9, 2009

**IT IS HEREBY ORDERED**.

Dated: August 28, 2009 _____

                         United States District Judge
                         Andrew J. Guilford

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 N. Central Ave., Suite 800
Glendale, CA 91203-3345