David Adelstein (CA Bar # 105250)
Email:    dadelstein@bushgottlieb.com
Bush, Gottlieb, Singer,
López, Kohanski, Adelstein & Dickinson
500 N. Central Ave. Suite 800
Glendale, CA  91203
Telephone:    (818) 973-3233
Facsimile:    (818) 973-3201

Robert Alexander (admitted *pro hac vice*)
Douglas E. Callahan (admitted *pro hac vice*)
Jeffrey R. Freund (admitted *pro hac vice*)
Email:    RAlexander@bredhoff.com
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C.  20005
Telephone:    (202) 842-2600
Facsimile:    (202) 842-1888

*Attorneys for Defendant American Federation of*
*Musicians of the United States and Canada*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RAFAEL RISHIK, KEITH GREEN, STEPHEN J. ERDODY, | Case No.: 09-CV-0359-AG-SS |
| Plaintiffs, | NOTICE OF MOTION TO DISMISS BY DEFENDANT AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA |
| v. | |
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, | MOTION HEARING: NOVEMBER 9, 2009 10:00 A.M. BEFORE UNITED STATES DISTRICT JUDGE GUILFORD |
| Defendant. | |

Defendant American Federation of Musicians of the United States and Canada ("AFM") hereby moves the Court to dismiss this case for failure to state a claim under Fed. R. Civ. P. 12(b)(6).  The grounds for this motion are fully set forth in the accompanying Memorandum.  This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 19, 2009.

WHEREFORE, Defendant AFM moves the Court to:

1. Dismiss Plaintiffs' case with prejudice;

2. Enter judgment in favor of Defendant AFM against Plaintiffs Rafael Rishik, Keith Green, and Stephen J. Erdody; and

3. Award such other relief as law, equity, and circumstances may warrant.

Respectfully submitted,


_____/s/_____

David Adelstein (CA Bar # 105250)
Bush, Gottlieb, Singer,
López, Kohanski, Adelstein & Dickinson
500 N. Central Ave. Suite 800
Glendale, CA  91203
Telephone:  (818) 973-3233
Facsimile:  (818) 973-3201
Email:       dadelstein@bushgottlieb.com


Robert Alexander (admitted *pro hac vice*)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C.  20005
Telephone:  (202) 842-2600
Facsimile:  (202) 842-1888
Email:       RAlexander@bredhoff.com


*Attorneys for Defendant American Federation of Musicians of the United States and Canada*

Notice of Motion to Dismiss

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Motion to Dismiss