UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RAFAEL RISHIK, ET AL,<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN FEDERATION OF MUSICIANS OF THE US AND CANADA, ET AL,<br><br>Defendant(s). | CASE NO.<br><br>SACV 09-0359-AG(ANx)<br><br>ORDER RE EARLY MEETING OF PARTIES AND SCHEDULING CONFERENCE<br><br>Scheduling Conference:<br><br>DECEMBER 14, 2009<br><br>at 9:00 a.m.<br><br>(Fed. R. Civ. P. 16(b) and 26(f)) |

This case has been assigned to the calendar of JUDGE ANDREW J. GUILFORD. The responsibility for the progress of Federal Court litigation is upon both the attorneys and the Court. Counsel are ordered to be completely familiar with the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, and the FAQ's about Judges' Procedures and Schedules posted by these Chambers on the Central District website at http://www.cacd.uscourts.gov . Counsel are also ordered to keep the Court informed concerning the status of this case, "to secure the just, speedy, and

inexpensive determination of every action" (F.R. Civ. P. 1).

1. <u>Early Meeting of Parties</u>. IT IS ORDERED that, as provided in Fed. R. Civ. P. 26(f), the parties shall meet at least 21 days before the Scheduling Conference, and report on the meeting in writing to the Court within 14 days after the meeting. Failure to comply may result in sanctions.

2. <u>Scheduling Conference</u>. IT IS FURTHER ORDERED that this case is set for a Scheduling Conference under Fed. R. Civ. P. 16(b) on the date and time stated in the caption of this Order, in Courtroom 10D of the United States Courthouse, 411 West Fourth Street, Santa Ana, California. Unless excused for good cause, counsel shall appear at the Scheduling Conference and at all pretrial meetings fully informed concerning the facts of the case and shall be the attorney who will be in charge of the trial. If there is a first appearance by any party after the date of this Order, counsel for Plaintiff shall give a copy of this Order to that party.

Dated: September 15, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Courtroom Deputy Clerk:
Lisa Bredahl
(714) 338-4757