**SAMUEL J. WELLS, ESQ. (State Bar No. 48851)**
Samuel J. Wells, A Professional Corporation
11661 San Vicente Boulevard, Suite 500
Los Angeles, California 90049-5113
(310) 207-4456; FAX (310) 207-5006
*thefirm@swellslaw.com*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| RAFAEL RISHIK<br>KEITH GREEN<br>STEPHEN J. ERDODY,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA<br><br>        Defendants. | **CASE NUMBER**<br>**CV 09-0359 AG (SSx)**<br><br>**ORDER EXTENDING TIME FOR AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Based upon the Stipulation of the parties, the Court hereby extends the time for Plaintiffs to file their Opposition to Defendant American Federation of Musicians' Motion to Dismiss Plaintiff's Second Amended Complaint and Orders the following schedule for the filing of supporting and opposing papers:

    a.    Plaintiffs' Opposition to be filed March 1, 2010;

    b.    Defendant's Reply to be filed March 15, 2010;

    c.    Hearing on Defendant's motion is continued to March 29, 2010 at 10:00 a.m..

///

1  ///

2  ///

3  IT IS HEREBY SO ORDERED

4  DATED:     February 11, 2010

5

6

7  _____
   Honorable Andrew J. Guilford
8  United States District Judge