UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0359-AG (SSx) | Date | March 29, 2010 |
|---|---|---|---|
| Title | RAFAEL RISHIK, ET AL. v. AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Nancy K. Boehme | Denise Paddock | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Samuel Wells                                               Robert Alexander

**Proceedings:**   DEFENDANT AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA AFL-CIO'S MOTION TO DISMISS

Cause is called for hearing and counsel make their appearances.  Counsel make their arguments. Matter is taken under submission.

: 27

Initials of Preparer   nkb