1  DAVID ADELSTEIN (SBN 105250)
   dadelstein@bushgottlieb.com
2  BUSH GOTTLIEB SINGER LÓPEZ
   KOHANSKI ADELSTEIN & DICKINSON
3  A Law Corporation
   500 North Central Avenue, Suite 800
4  Glendale, California 91203-3345
   Telephone: (818) 973-3200
5  Facsimile: (818) 973-3201

6  Robert Alexander (admitted *pro hac vice*)
   ralexander@bredhoff.com
7  BREDHOFF & KAISER
   805 Fifteenth Street, NW, Tenth Floor
8  Washington, D.C. 20005
   Telephone: (202) 842-2600
9  Facsimile: (202) 842-1888

10 Attorneys for Defendant
   AMERICAN FEDERATION OF MUSICIANS OF THE
11 UNITED STATES AND CANADA



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

12            UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA

14 RAFAEL RISHIK, KEITH GREEN,      Case No. 09-CV-0359 AG (SSx)
   STEPHEN J. ERDODY,
15                                  [PROPOSED] JUDGMENT
              Plaintiffs,
16
        v.
17
   AMERICAN FEDERATION OF
18 MUSICIANS OF THE UNITED
   STATES AND CANADA,
19
              Defendant.
20

21

22       On December 22, 2009, Plaintiffs Rafael Rishik, Keith Green, and Stephen J.

23 Erdody ("Plaintiffs") filed a Second Amended Complaint against Defendant American

24 Federation of Musicians ("AFM"), alleging various breaches of contract, of the duty of

25 fair representation, and of rights guaranteed by Section 101 of the Labor-Management

26 Reporting and Disclosure Act of 1959. See 29 U.S.C. § 411. In their suit, Plaintiffs

27 sought to represent a class of other similarly situated members of AFM.

28       Upon consideration of Defendant AFM's Motion to Dismiss the Second Amended

1

Complaint ("Motion") and the submissions and arguments of the parties, on March 29, 2010 the Court filed an Order Granting AFM's Motion (Dkt. No. 73).

In accordance with that Order, the Court rules as follows:

Defendant AFM's Motion is GRANTED, Plaintiffs' Second Amended Complaint is DISMISSED WITH PREJUDICE, and JUDGMENT IS HEREBY ENTERED for Defendant AFM and against Plaintiffs.

The Clerk of the Court shall enter judgment in accordance with Federal Rules of Civil Procedure, ~~58(b)(1)(C)~~.

Dated: April 22 2010

_____
The Honorable Andrew J. Guilford, Judge
of the United States District Court